IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 01-20334

———————————

FLEETWOOD ENTERPRISES, INC.; FLEETWOOD HOMES
OF MISSISSIPPI, INC.; GEORGIA-PACIFIC CORPORATION,

Plaintiffs-Appellees,

v.

WILLIAM P. GASKAMP, JR,. individually, and as next friends
for William P. Gaskamp, III, Derek S. Gaskamp and Brooke A.
Gaskamp, Minors; SHANNON GASKAMP,  individually, and as
next friends for William P. Gaskamp, III, Derek S. Gaskamp
and Brooke A. Gaskamp, Minors,

Defendants-Appellants.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
--------------------
August 21, 2002

ON PETITION FOR REHEARING AND REHEARING EN BANC

(Opinion 1/24/02, 5th Cir., _____, _____ F.3d _____)

Before JOLLY, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:

The Petition for Rehearing is DENIED and no member of this panel nor judge in regular active service on the court having requested that the court be polled on Rehearing En Banc, (Fed. R. App. P. and 5th Cir. R. 35) the Petition for Rehearing En Banc is also DENIED.  Nevertheless,  we supplement our previous opinion in this case, 280 F.3d 1069 (5th Cir. 2002), to note that on remand the district court may consider whether a stay of the nonarbitrable claims is appropriate under § 3 of the Federal Arbitration Act.